UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff-Appellee, )<br>)<br>v. )<br>)<br>JOHN WILLIAM HANSON III, )<br>)<br>Defendant-Appellant. ) | Nos.: 3:18-CR-193-TAV-DCP<br>3:18-CR-194-TAV-DCP |

## **ORDER**

In accordance with 28 U.S.C. § 636(b), it is hereby **ORDERED** that defendant's motion for release from custody pending appeal [Doc. 10] is **REFERRED** to United States Magistrate Debra C. Poplin for her consideration and determination or report and recommendation, as may be appropriate.

Moreover, for good cause shown and due to the lack of opposition, the government's second motion for a continuance [Doc. 11], is hereby **GRANTED**. The government shall file its brief by March 22, 2019, and defendant can reply thereafter in accordance with the local rules. No further extension will be granted.

ENTER:

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE